Dave D. Greer 1829754
Wayne Scott Unit
6999 Retrieve Rd.
Angleton Tx 77515
41,804-02

September 27, 2015

District Clerk of Court of Criminal Appeals
Mr Abel Acosta,
Supreme Court Bldg.
201 W. 14th St, Rm 106
Austin Tx 78701-1445

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 02 2015

Abel Acosta, Clerk

Re: Ex Parte Dave D. Greer Writ No. 12-03324-CRF-272-A

Dear, Mr Acosta

On 8-17-15 Judge Travis Bryan III signed a "Order to Transmit Habeas Corpus Record" Directing the Brazos Co. District Clerk to Prepare and Transmit the designated Record to the Court of Criminal Appeals.

I Have Not Received Any Notice of Receipt from Your Court (White Card). In Response to the Above Mentioned Order I've Filed Ten Motions to the District Clerk of Brazos Co. And A Copy of Each to Your Office. Once Again I've Not Received Any Word From Your Office.

Among the Motions Filed Are Three Motions Entitled (1) "Applicants Objections to the New Presiding Judge's Order To Transmit Habeas Corpus Record which Simultaneously Circumvents The Honorable Kyle Hawthorn's Order Designating Issues; (2) Applicants Motion to Recuse The Honorable Travis Bryan III Pursuant to Tex R. Civ. P. 18a From Any Further Proceeding Dealing With Applicants 11.07 Habeas Corpus; And (3) "Applicants Motion to Designated the Record to Be Transmitted And Included Into The Official Habeas Corpus Record For The Court of Criminal Appeals." File 9-2-2015, 9-2-2015, & 9-9-2015 Respectively.

①

HAS The Court of Criminal Appeals Received Any HABEAS CORPUS RECORDS FROM THE TRIAL COURT FOR MY CAUSE #12-03324-CRF-272-A?

If So WOULD You PLEASE SEND ME A ITEMIZED LIST of WHAT You HAVE RECIEVED?

THANK You IN ADVANCE FOR Your Time AND HELP IN THIS MATTER.

RESPECTFULLY

DAVE D. GREER

②